IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MOHAMED AL ZARNOUQI,
(ISN 691)

Petitioner,

v.

BARACK H OBAMA, et al.,

Respondents.

Civil Action No. 06-cv-01767-UNA

## [PROPOSED] ORDER

Upon Consideration of Petitioner's Unopposed Motion to Extend Scheduling Deadlines and Memorandum in Support and the entire record in this case, and having found good cause to grant the same, it is this _22nd_ day of February 2013:

**ORDERED** that the aforementioned Unopposed Motion is **granted**;

**FURTHER ORDERED** that the Petitioner and Respondents shall have up to and including May 31, 2013 to file a new proposed schedule for this matter.

So Ordered.

_____
Judge Royce C. Lamberth
United States District Court for the District of Columbia

DC01\MILLBA\500617.1